```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                              Case No. 20-10687-aih
Shawn Sanford Clawson                                               Chapter 7
Dawn Amber Clawson
          Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin                 Page 1 of 2             Date Rcvd: Feb 11, 2020
                               Form ID: 309A               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db/db          +Shawn Sanford Clawson,    Dawn Amber Clawson,    10 Willowbrook Dr,    Oberlin, OH 44074-1352
26446355       +Allen Medical Center-Oberlin,    200 W. Lorain St,    Oberlin, OH 44074-1026
26446356       +Amherst Oral Surgery & Implant Center,    550 Leavitt Rd,    Amherst, OH 44001-1131
26446359        Center for Orthopedics,    PO box 715354,    Columbus, OH 43271-5354
26446360        Central Lorain County Joint Ambulance Distric,    PO box 515,    Bolivar, OH 44612-0515
26446363        ER Med Services of Lorain INC,    PO box 936548,    Atlanta, GA 31193-6548
26446365       +George Gusses Co LPA,    33 South Huron St,    Toledo, OH 43604-8705
26446366       +Gregory Brennan D.C.,    1680 Cooper Foster Park Rd,    Suite B,    Loarin, OH 44053-3657
26446368       +Lorain County JVS,    15181 State RT 58 S,    Oberlin, OH 44074-9753
26446369       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
26446370        Mercy Allen Community Hospital,    PO box 740819,    Cincinnati, OH 45274-0819
26446372        Mercy Allen Hospital,    76120,    PO box 740738,    Cincinnati, OH 45274-0738
26446373        Mercy CHP Regional Medical Center,    PO box 740819,    Cincinnati, OH 45274-0819
26446375       +Mercy Health,    4605 Duke Dr,    Suite 400,    Cincinnati, OH 45040-7626
26446374        Mercy Health,    PO box 740405,    Cincinnati, OH 45274-0405
26446378       +Mercy Med Assoc-Lorain,    3700 Kolbe Rd,    Lorain, OH 44053-1611
26446379       +Mercy Regional Medical Center-Lorain,    3700 Kolbe Rd,    Lorain, OH 44053-1611
26446380       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
26446381       +NES Healthcare Group,    39 Main St.,    Tiburon, CA 94920-2507
26446383       +Pendrick Capital Partners,    6800 Jericho Turnpike,    Suite 113E,    Syosset, NY 11791-4401
26446384       +Pendrick Capital Partners,    900 Merchants Concourse,    Suite LL-11,    Westbury, NY 11590-5121
26446385       +Pendrick Partners,    6800 Jericho Turnpike,    Suite 113E,    Syosset, NY 11791-4401
26446386       +Plum Creek Associates, Inc,    5 S. Main St,    Suite 302,    Oberlin, OH 44074-1600
26446389        Regional Pathology Associates, EMH,    PO box 2156,    Alliance, OH 44601-0156
26446393       +UH University Hospitals Cleveland Medical Cen,    20800 Harvard Rd,
                 Highland Hills, OH 44122-7251
26446394       +University Hospitals,    630 E. River St.,    Elyria, OH 44035-5902
26446395       +University Hospitals EMC,    630 E. River St.,    Elyria, OH 44035-5902
26446396       +University Hospitals Physicians Services,    20800 Harvard Rd,    Highland Hills, OH 44122-7251
26446397       +University Primary Care Practice,    PO box 8792,    Belfast, ME 04915-8792

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: docket@ohbksource.com Feb 11 2020 22:43:18      William J. Balena,
                 Balena Law Firm LLC,    30400 Detroit Road,    Suite 106,    Westlake, OH  44145
tr             +EDI: FKBCONIGLIO Feb 12 2020 03:03:00      Kari B. Coniglio,    200 Public Square Suite 1400,
                 Cleveland, OH 44114-2327
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Feb 11 2020 22:44:20      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
26446357       +EDI: CAPIO.COM Feb 12 2020 03:04:00      Capio Partners,    2222 Texoma Pkwy,    Suite 150,
                 Sherman, TX 75090-2481
26446358       +E-mail/Text: legal@castlecredit.com Feb 11 2020 22:46:11      Castle Credit,    20 N Wacker Dr,
                 Suite 2275,    Chicago, IL 60606-3096
26446361        EDI: DISCOVER.COM Feb 12 2020 03:03:00      Discover Bank,    PO box 15316,
                 Wilmington, DE 19850-5316
26446362        E-mail/Text: easi1@windstream.net Feb 11 2020 22:44:59      Elyria Anesthesia Services INC,
                 860 E. Broad St,    Suite I,    Elyria, OH 44035-6542
26446364        E-mail/Text: bankruptcynotification@ftr.com Feb 11 2020 22:46:33      Frontier Communications,
                 PO box 740407,    Cincinnati, OH 45274-0407
26446367       +E-mail/Text: bankruptcy@huntington.com Feb 11 2020 22:45:11      Huntington Bank,    PO box 1558,
                 Columbus, OH 43216-1558
26446371       +E-mail/PDF: HCABKNotifications@resurgent.com Feb 11 2020 22:38:15      Mercy Allen Hospital,
                 200 W. Lorain St,    Oberlin, OH 44074-1026
26446376        E-mail/Text: PBS-Provider-Services@mercy.com Feb 11 2020 22:46:21      Mercy Health Physicians,
                 PO box 630827,    Cincinnati, OH 45263-0827
26446377        E-mail/Text: PBS-Provider-Services@mercy.com Feb 11 2020 22:46:21
                 Mercy Health Physicians Lorain, LLC,    PO box 630827,    Cincinnati, OH 45263-0827
26446382       +EDI: AGFINANCE.COM Feb 12 2020 03:03:00      One Main,    100 International Dr,    15th floor,
                 Baltimore, MD 21202-4784
26447994       +EDI: PRA.COM Feb 12 2020 03:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
26446390       +EDI: RMSC.COM Feb 12 2020 03:04:00      Synchrony bank/Amazon,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
26446391        EDI: RMSC.COM Feb 12 2020 03:04:00      Synchrony bank/Carecredit,    PO box 965036,
                 Orlando, FL 32896-5036
26446392       +EDI: RMSC.COM Feb 12 2020 03:04:00      Synchrony bank/Walmart,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
                                                                                              TOTAL: 17
```

```
District/off: 0647-1         User: admin              Page 2 of 2              Date Rcvd: Feb 11, 2020
                             Form ID: 309A            Total Noticed: 46
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
26446388*     RBA (Drs. Russell, Berkebile),   PO box 385,   Lorain, OH 44052-0385
26446387     ##RBA (Drs. Russell, Berkebile),   PO box 385,   Lorain, OH 44052-0385
                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
```
          Kari B. Coniglio     kbconiglio@vorys.com,
           mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
          William J. Balena    on behalf of Debtor Shawn Sanford Clawson docket@ohbksource.com,
           janet@ohbksource.com
          William J. Balena    on behalf of Debtor Dawn Amber Clawson docket@ohbksource.com,
           janet@ohbksource.com
                                                                          TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shawn Sanford Clawson** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–6427** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Dawn Amber Clawson** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–3869** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Ohio** | | Date case filed for chapter **7  2/7/20** |
| Case number:  **20–10687–aih** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Shawn Sanford Clawson | | Dawn Amber Clawson |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 10 Willowbrook Dr <br> Oberlin, OH 44074 | | 10 Willowbrook Dr <br> Oberlin, OH 44074 |
| 4. | **Debtor's attorney** <br> Name and address | William J. Balena <br> Balena Law Firm LLC <br> 30400 Detroit Road <br> Suite 106 <br> Westlake, OH 44145 | | Contact phone (440) 365–2000 <br> Email:  docket@ohbksource.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Kari B. Coniglio <br> 200 Public Square Suite 1400 <br> Cleveland, OH 44114 | | Contact phone (216) 479–6167 <br> Email:  kbconiglio@vorys.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | 9:00 AM – 4:00 PM  Contact phone 216–615–4300  Date: 2/11/20 |
| 7. | **Meeting of creditors** | **March 16, 2020 at 01:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification required *** *** Proof of Social Security Number required *** | **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/15/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

20-10687-aih    Doc 8    FILED 02/13/20    ENTERED 02/14/20 00:21:42    Page 4 of 4